# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

MICHAEL DUANE MARLIN,

    Plaintiff,

vs.

ANTHONY HAYNES; STANLEY, Safety Supervisor; KENDRICK LENNON; JUANITA GREEN; and DR. LIBERO;

    Defendants.

CIVIL ACTION NO.: CV212-052

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he was in imminent danger of serious physical injury on March 9, 2012, which is the date he filed his Complaint with this Court. Plaintiff asserts that Defendants ignored medical restrictions he had which prevented him from being placed in the food service area for a work assignment. Plaintiff also asserts that Defendant Haynes violated his right to due process by not allowing him the opportunity to call witnesses during a disciplinary hearing. However, Plaintiff's assertions do not detail events which reveal that he was in imminent danger of serious physical injury on or around March 9, 2012.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with his cause of action, he may do so by resubmitting his Complaint along with the full filing fee. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 25 day of May, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA